UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:25 cr 033 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | INDICTMENT |
| HAROLD TEE COLLINS, III, | : | 18 U.S.C. §§ 922(g)(1) |
| | : | 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | 21 U.S.C. § 860(a) |
| | : | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]
(Felon in Possession of a Firearm)

On or about March 19, 2025, in the Southern District of Ohio, defendant **HAROLD TEE COLLINS, III**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having previously been shipped and transported in interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### COUNT 2
[18 U.S.C. § 924(c)(1)(A)]
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 19, 2025, in the Southern District of Ohio, defendant **HAROLD TEE COLLINS, III**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, knowingly and intentionally possessing with intent to distribute cocaine, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

All in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(A)(i).

### COUNT 3
### [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]
### (Possession With Intent to Distribute Cocaine)

On or about March 19, 2025, in the Southern District of Ohio, defendant **HAROLD TEE COLLINS, III**, did knowingly and intentionally possess cocaine, a Schedule II controlled substance, with the intent to distribute it.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

### COUNT 4
### [21 U.S.C. § 860(a)]
### (Possession With Intent to Distribute Cocaine Near a Public High School)

On or about March 19, 2025, in the Southern District of Ohio, defendant **HAROLD TEE COLLINS, III**, did knowingly and intentionally possess with the intent to distribute cocaine, a Schedule II controlled substance, within 1,000 feet of the real property of the Springfield School of Innovation, located at 601 Selma Road, a public high school.

In violation of 21 U.S.C. § 860(a).

### FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses set forth in Counts 3 and 4 of this Indictment, defendant **HAROLD TEE COLLINS, III**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but is not limited to the following:

- Glock 19 Gen 5, 9mm semi-automatic handgun, serial number BYMS385, with magazine and approximately 18 rounds of 9mm ammunition;

- $342.00 in U.S. currency; and
- Black iPhone with flip case.

### FORFEITURE ALLEGATION 2

Upon conviction of any of the offenses set forth in this Indictment, defendant **HAROLD TEE COLLINS, III**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but is not limited to, the firearm and ammunition listed in Forfeiture Allegation 1.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

S————

**GRAND JURY FOREPERSON**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

*Dwight K. Keller*
**DWIGHT K. KELLER**
**ASSISTANT UNITED STATES ATTORNEY**